## STATEMENT OF FACTS

On September 11, 2024, at approximately 02:07 a.m. Special Police Officers from PChange Protective Services were on duty at the Vistas Apartments at 2553 Elvans Road SE Washington, DC 20020. All officers were wearing full uniforms that clearly identified themselves as police officers.

At that time, a police dispatcher, notified the officers that a black male wearing a yellow sweatshirt and black shorts was at the building at 2553 Elvans Road SE in possession of a firearm. The dispatcher observed the individual in possession of a firearm over a live surveillance video feed.  A still image from that video is included below.



***Still Image #1 DAWES displaying a firearm (circled in red) on stairs outside Vistas apartments***

At approximately 02:09 a.m., three Special Police Officers approached a black male, wearing a yellow hoodie with black shorts, who was later identified as Kyree Dawes DOB 1/6/2000 ("DAWES"), just outside of an entrance to 2553 Elvans Road SE. Upon approaching DAWES, the dispatcher informed the officers over the radio that he had placed a firearm in his front hoodie pocket. As shown below, a large bulge is visible over the surveillance video in DAWES's front hoodie pocket.



*Still Image #2 DAWES with large bulge (red arrow) in front hoodie pocket*

As the officers approached and attempted to detain DAWES and place his hands behind his back, DAWES stiffened his body and pulled his arm away from the officers as shown below in Still Images # 3 and # 4.



*Still Image #3 Officers detain DAWES*



***Still Image #4 DAWES pulls away from the officers***

During the struggle, one of the officers reached into DAWES' front hoodie pocket to secure the suspected firearm. A Glock model 27, .40 caliber semi-automatic pistol serial number BVLK380, with one round in the chamber and additional rounds in a 15 round magazine, was recovered from DAWES' front hoodie pocket.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case necessarily traveled in interstate commerce in order to reach DAWES.

DAWES has prior criminal felony convictions punishable by a term of incarceration greater than one year. On July 11, 2018, DAWES pleaded guilty to Attempted Robbery with a Firearm and Carrying a Pistol without a License in the Superior Court for the District of Columbia.

On October 6, 2020, DAWES pleaded guilty to Unlawful Possession of a Firearm by a Felon in the Superior Court for the District of Columbia and was sentenced to one year and one day of incarceration on March 8, 2021. As such, he was aware at the time of this offense that he had previously been convicted of a crime punishable by more than a year.

Based on the foregoing, your affiant submits that there is probable cause to believe that on September 11, 2024, the defendant violated 18 U.S.C. § 922(g), which makes it a crime for a convicted felon to possess a firearm.

_____
Special Agent Christopher Perzanoski
Bureau of Alcohol, Tobacco, and Firearms


*Attested to by the applicant by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of September, 2024.*


_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE