**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **MAGISTRATE NO. 24-mj-291** |
| **v.** | **:** | |
| | **:** | |
| **KYREE DAWES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to dismiss the above-captioned case without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Kyle R. Mirabelli*
Kyle R. Mirabelli
Assistant United States Attorney
N.Y. Bar No. 5663166
601 D Street, N.W.,
Washington, D.C. 20530
202-252-7884
kyle.mirabelli@usdoj.gov