UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-mj-291 |
| : | |
| KYREE DAWES : | |
| Defendant. : | |

### ORDER

Based upon the representations in the Motion to Dismiss from the United States of America by and through its attorney, the United States Attorney for the District of Columbia, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that this complaint is dismissed without prejudice.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE